IN THE CIRCUIT COURT OF BULLOCK COUNTY

STATE OF ALABAMA

**RECEIVED**

2006 MAY 10  A  9: 48

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| DENNESS R. ELLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO: CV-06-33 |
| | ) |
| LIBERTY MUTUAL FIRE INSURANCE | ) |
| COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE TO STATE COURT OF REMOVAL OF CASE
## TO FEDERAL COURT

**TO:**  Wilbert Jernigan, Clerk
Bullock County Circuit Court
P. O. Box 230
Union Springs, AL 36089

Defendants hereby give notice that the above styled action has been removed from

this Court to the United States District for the Middle District of Alabama, Northern Division.

A copy of the said Notice of Removal is appended hereto.

DONE this 8th day of May, 2006.

_____
JOSEPH T. CARPENTER (CAR-038)
Attorney for Defendant

OF COUNSEL:
Carpenter, Ingram & Mosholder, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, AL 36106
Telephone: (334) 213-5600


## CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing was served on the below listed counsel by placing a copy of the same in the U.S. Mail, postage prepaid, and properly addressed this 8th day of May, 2006.

Christina D. Crow
Jinks, Daniel & Crow, P. C.
P. O. Box 330
Union Springs, AL 36089


ATTORNEY FOR DEFENDANT

G:\6757\Pleadings\Removalnoticeslatect5.8.06emt.wpd