IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DENNESS R. ELLIS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-421-WKW |
| | ) |
| LIBERTY MUTUAL FIRE | ) |
| INSURANCE COMPANY, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Remand to State Court and Motions for Imposition of Attorneys' Fees (Doc. # 4) filed on June 5, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on July 6, 2006.

It is further ORDERED that the plaintiff file a response which shall **include a brief and any evidentiary materials** on or before June 29, 2006. The defendant may file a reply brief on or before July 6, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 8th day of June, 2006.

                                                /s/  W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE