IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DENNESS R. ELLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-00421-WKW |
| ) | |
| LIBERTY MUTUAL FIRE INSURANCE ) | |
| COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION OF FACTS**

Come now the plaintiff, Denness R. Ellis, and defendant, Liberty Mutual Fire Insurance Company, in the above-styled cause and submit the following stipulation of facts to the Court:

1. Plaintiff, Denness R. Ellis, is a resident of the state of Alabama.

2. Defendant, Liberty Mutual Fire Insurance Company, is a foreign corporation. Liberty Mutual provided uninsured/underinsured motorist coverage to the plaintiff.

3. The plaintiff was involved in an automobile accident in Bullock County, Alabama on July 28, 2005.

4. Mary Austin was an uninsured motorist on July 28, 2005.

5. Defendant Liberty Mutual Fire Insurance Company's policy of insurance with Denness R. Ellis provided $60,000.00 of uninsured/underinsured motorist coverage to her on the date of the accident.

6. The parties agree that the amount in controversy in this case does not exceed $74,999.00.

/s/ Joseph T. Carpenter
JOSEPH T. CARPENTER
Attorney for Liberty Mutual Fire Insurance Co.

OF COUNSEL:
Carpenter, Ingram & Mosholder, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, AL 36106
Telephone: (334) 213-5600

/s/ Christina D. Crow
CHRISTINA D. CROW
Attorney for Denness R. Ellis

OF COUNSEL:
Jinks, Daniel & Crow, P. C.
P. O. Box 330
Union Springs, AL 36089
Telephone: (334) 738-4225

G:\6757\Pleadings\Stipulation.facts.wpd