IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DENNESS R. ELLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-421-WKW |
| | ) |
| LIBERTY MUTUAL FIRE INSURANCE | ) |
| COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

This case is before the Court on the parties' Joint Motion to Remand (Doc. # 7). In the accompanying Joint Stipulation of Facts (Doc. # 8), the parties indicate that the amount in controversy is no greater than $60,000. The amount in controversy does not meet the statutory minimum; therefore, this Court does not have subject matter jurisdiction.

Accordingly, it is ORDERED that the Joint Motion to Remand (Doc. # 7) is GRANTED, and this case is hereby REMANDED to the Circuit Court of Bullock County, Alabama. The Clerk is DIRECTED to take appropriate steps to effect the remand.

DONE this the 29th day of June, 2006.

                                            /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE